UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

JOSEPH SANTOS,

    Plaintiff,

v.

RUBEN GREENWOOD, GREENWOOD
TRANSPORT, LLC, AMAZON LOGISTICS,
INC., and AMAZON.COM, INC.

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, RUBEN GREENWOOD, GREENWOOD TRANSPORT, LLC, AMAZON LOGISTICS INC., and AMAZON LOGISTICS INC. (hereinafter collectively "Defendants"), by and through their undersigned counsel and pursuant to §28 U.S.C., Section 1332, Section 1441 and 1446, hereby Removes the instant action styled, *Joseph Santos v. Ruben Greenwood, Greenwood Transport, LLC, Amazon Logistics, Inc., and Amazon.Com, Inc.*, which case is presently pending in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, Case No: 2024-CA-001726, to the United States

1

District Court for the Middle District of Florida, (Ocala Division) and in support of this Removal pursuant to §28 U.S.C., Section 1446, states as follows:

1. This case is properly removable due to diversity of citizenship between Joseph Santos (hereinafter "Santos") and Defendants. Joseph Santos, at all times material, a citizen of the State of Florida and at all times material, was domiciled in Lake County, Florida. The citizenship and domicile for Joseph Santos was true at the time of the underlying automobile accident of April 16, 2024, but confirmed during his May 2, 2025, deposition testimony.

2. On May 2, 2025, during his deposition, Santos verified that at the time of the subject accident, he lived at 2146 Fish Eagle Street, in Clermont, Florida. *See Joseph Santos v. Ruben Greenwood, Greenwood Transport LLC, Amazon Logistics, Inc., and Amazon.Com, Inc., Case No. 2024-CA-001726, deposition of Joseph Santos, dated May 2, 2025, pages 23-24, lines 25-1, attached hereto as Defendants' Exhibit A.* [1]

3. In his interrogatory responses dated February 24, 2025, Santos confirmed that he lived at 2146 Fish Eagle Street, in Clermont, Florida, at the

---

[1] During his deposition, Santos provided a Florida Identification Card, further evidencing his permanent domicile and intent to remain in Florida.

time of the subject accident, and his current domicile is 9400 US Highway 192, Clermont, Florida 34714. *See Plaintiff's, Joseph Santos, Interrogatory Responses, attached hereto as Defendants' Exhibit B.*

4. SANTOS further verified that 9400 US Highway 192, Clermont, Florida serves as his permanent space of living, during his May 2, 2025, deposition. *See Joseph Santos v. Ruben Greenwood, Greenwood Transport LLC, Amazon Logistics, Inc., and Amazon.Com, Inc., Case No. 2024-CA-001726, deposition of Joseph Santos, dated May 2, 2025, page 21, line 19-23, attached hereto as Defendants' Exhibit A.*

5. Through his interrogatory responses and deposition testimony, the citizenship and domicile of SANTOS was established.

6. Defendant RUBEN GREENWOOD is now a citizen of the State of Michigan. At the commencement of this action, Ruben Greenwood was a citizen of the State of Georgia and at all times material, was domiciled in Lanier County, Georgia.

7. During his April 10, 2025, deposition, Ruben Greenwood confirmed that he currently, permanently, resides at 914 West Cavanaugh Road, in Lansing, Michigan. *See Joseph Santos v. Ruben Greenwood, Greenwood Transport LLC, Amazon Logistics, Inc., and Amazon.Com, Inc., Case No. 2024-CA-001726,*

*deposition of Ruben Greenwood, dated April 10, 2025, pages 18, lines 9-24, attached hereto as Defendants' Exhibit C.*

8. In his interrogatory responses dated February 21, 2025, Ruben Greenwood confirmed that he currently resides at 914 West Cavanaugh Road, in Lansing Michigan. His interrogatory responses further verify that his current residence and place of domicile is 914 West Cavanaugh Road, in Lansing Michigan, and at the commencement of this action, he resided at 1876 S. Hwy 129, Stockton, GA 31649, in Lanier County, Georgia. *See Defendant, Ruben Greenwood's, Interrogatory Responses, attached hereto as Defendants' Exhibit D.*

9. Defendant, Greenwood Transport, is now and was at the time the State Court action was commenced, incorporated under the laws of the State of Georgia with its principal place of business in Stockton, Georgia.[2]

10. For "purposes of diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1020 (11th Cir. 2004)

---

[2] A corporation shall be deemed to be a citizen of every State where it has been incorporated or has its principal place of business. See, 28 U.S.C. § 1332(c)(1).

11. According to the Georgia Corporations Division, GREENWOOD TRANSPORT, LLC is a registered limited liability company incorporated under the laws of the state of Georgia, with its principal place of business at 1876 S HWY, Stockton, GA 31649.

12. Furthermore, Defendant, RUBEN GREENWOOD, is the sole member and owner of GREENWOOD TRANSPORT, LLC. *See signed affidavit of Ruben Greenwood, dated January 7, 2025, attached hereto as Defendants' Exhibit E.* [3]

13. Pursuant to *Comcast SCH Holdings, L.L.C.*, the citizenship of a limited liability company is determined by the citizenship of its members. *Id.*

14. Therefore, to establish the citizenship of GREENWOOD TRANSPORT LLC the court should look at the citizenship of Defendant, RUBEN GREENWOOD.

15. At the time the state court action commenced, Defendant, RUBEN GREENWOOD, was a citizen of the State of Georgia, and at all times material, domiciled in Lanier County, Georgia, with his prior permanent residence at 1876 S Highway 129, Stockton, GA 31649 (*See Copy of Ruben Greenwood's Driver's License attached hereto as Exhibit F, and Affidavit from*

---

[3] Mr. Ruben Greenwood signed and notarized an affidavit supporting the fact that he is the sole member and owner of Greenwood transport.

*Ruben Greenwood attesting to his status as the sole member of Greenwood Transport, LLC attached hereto as Exhibit E.*

16. RUBEN GREENWOOD now resides in Lansing, MI and has resided in Lansing, MI since December of 2024. *See attached hereto as Exhibit D, Defendant, Ruben Greenwood's interrogatory responses.*

17. Therefore, pursuant to *Comcast SCH Holdings, L.L.C.*, GREENWOOD TRANSPORT LLC, should be deemed a citizen of the State of Michigan because its sole member, RUBEN GREENWOOD, is now a citizen of Michigan.

18. Should this Honorable Court find that GREENWOOD TRANSPORT, LLC should not be deemed a citizen of the State of Michigan, GREENWOOD TRANSPORT LLC should be deemed a citizen of the State of Georgia, because at the time the State Court action commenced, Defendant, RUBEN GREENWOOD, was a citizen of the State of Georgia, and at all times material, domiciled in Lanier County, Georgia, with his permanent residence at 1876 S Highway 129, Stockton, GA 31649 (*See Copy of Ruben Greenwood's Driver's License attached hereto as Exhibit F, Affidavit from Ruben Greenwood attesting to his status as the sole member of Greenwood Transport, LLC attached hereto as Exhibit E, and See Joseph Santos v. Ruben Greenwood,*

6

*Greenwood Transport LLC, Amazon Logistics, Inc., and Amazon.Com, Inc., Case No. 2024-CA-001726, deposition of Ruben Greenwood, dated April 10, 2025, pages 18-19, lines 25-10, attached hereto as Defendants' Exhibit C.*

19. Defendant, Amazon Logistics, Inc., is now and was at the time the State Court action commenced, incorporated in Delaware with its principal place of business in Washington.[4]

20. Defendant, Amazon.Com, Inc., is now and was at the time the State Court action commenced, incorporated in Delaware with its principal place of business in Washington.[5]

21. Complete diversity of citizenship exists in this matter both at the time of removal and at the time this action was filed in State Court.

22. On or about April 24, 2025, Plaintiff issued two proposals for settlement to Defendants. One proposal for settlement was issued to Amazon.Com, Inc. and Amazon Logistics, Inc. and a seperate proposal for settlement was issued to Ruben Greenwood and Greenwood Transport LLC.

---

[4] *Id*. at 28 U.S.C. § 1332(c)(1)
[5] *Id*.

Both proposals issued by the Plaintiff exceed the jurisdictional threshold amount of $75,000. [6]

23. Furthermore, Plaintiff has asserted to having $542,087.61, in past medical bills, that are continuing to rise. *See attached hereto as Exhibit G Plaintiff's Rule 26(a)(1)(a) Initial Disclosures and Exhibit B Plaintiff's, Joseph Santos, interrogatory responses asserting medical bills amount.*

24. The amount in controversy in this cause is in excess of this Court's jurisdictional limits of $75,000. The District Courts of the United States have original jurisdiction of this civil action due to the amount in controversy and the complete diversity of citizenship between the parties as provided by 28 U.S.C. § 1332.

25. This case is currently pending in the Florida Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida, making removal to this Court appropriate. *See, 28 U.S.C § 1441(a).* This Notice of Removal is being timely filed within thirty (30) days from May 2, 2025, the date upon which the Defendants received requisite information during Plaintiff's deposition testimony from which this case has now become removable.

---

[6] At the Court's Request, Defendants will produce the Plaintiff's Proposals for Settlement and settlement amounts for the Court's in-camera review.

26. Defendants have filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Lake, County, Florida, a true and correct copy of the Notice to State Court of Removal of this case to Federal Court as required by § 28 U.S.C. Section 1446(b), a copy of this Notice to the State Court Clerk confirming the removal of this case to Federal Court is *attached hereto as Exhibit H*.

27. All pleadings served upon the Defendants have been *attached hereto as Composite Exhibit I*. There are no known pending Motions.

28. This is a personal injury action arising out of an alleged motor vehicle accident which occurred on or about April 16, 2024, where Plaintiff's vehicle and the tractor-trailer that Defendant Greenwood was operating, collided when Defendant Greenwood's tractor-trailer attempted to make a left turn.

29. Based upon the testimonies of the Plaintiff and Defendant, RUBEN GREENWOOD, the discovery responses of the parties, and the Plaintiff's Proposals for Settlement to Defendants, along with the information and materials contained in and attached hereto, the asserted claim exceeds the minimal jurisdictional limits of this Court and complete diversity of citizenship exists between the parties to this cause at all times material. Therefore, Federal Court subject matter jurisdiction is properly established.

30.     Written notice of the filing of this Notice of Removal has been served upon Plaintiff on the date set forth in the certificate of service below.

31.     This Notice has been signed by counsel for Defendant pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, RUBEN GREENWOOD, GREENWOOD TRANSPORT, LLC, AMAZON LOGISTICS INC., and AMAZON.COM, INC., files their Petition for Removal and request that this Court assume jurisdiction of this matter for all purposes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2025, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system.

        COLE, SCOTT & KISSANE, P.A.

        Cole, Scott & Kissane Building
        4190 Belfort Road
        Jacksonville, Florida 32216
        Telephone (904) 672-4031
        Facsimile (904) 672-4050
        joseph.kissane@csklegal.com
        Jessica.henson@csklegal.com
        ashley.mckee@csklegal.com

By:  s/ *Joseph T. Kissane*
        JOSEPH T. KISSANE
        Florida Bar No.: 512966
        Anthony M. Daniels Jr.
        Florida Bar No.: 1054443